```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 23571
   NNEKA P JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4122

---------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/15/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------
DELL FINANCIAL SERVICES   SECURED           400.00          3.34         400.00
DELL FINANCIAL SERVICES   UNSEC W/INTER  NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI  UNSEC W/INTER   5052.81         412.88        5052.81
FINGERHUT CORP            UNSEC W/INTER  NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY    NOT FILED           .00            .00
MIDNIGHT VELVET           UNSEC W/INTER    512.11          44.11         512.11
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       .00            .00            .00
WFNNB EXPRESS             UNSEC W/INTER  NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     2,094.00                      2,094.00
TOM VAUGHN                TRUSTEE                                         463.00
DEBTOR REFUND             REFUND                                          475.75

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE            9,458.00

PRIORITY                                        .00
SECURED                                      400.00
     INTEREST                                  3.34
UNSECURED                                  5,564.92
     INTEREST                                456.99
ADMINISTRATIVE                             2,094.00
TRUSTEE COMPENSATION                         463.00
DEBTOR REFUND                                475.75
                   --------------       --------------
TOTALS             9,458.00                9,458.00
```

         PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 23571 NNEKA P JOHNSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 05 B 23571 NNEKA P JOHNSON
```